U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 0 2015

TONY R. MOORE, CLERK
BY _____ /s/ _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FREDERICK BODISON | DOCKET NO. 14-CV-2848; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition filed pursuant to 28 U.S.C. §2241 be denied and dismissed with prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 10th day of March, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE